IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MIAI LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Lewis' sentencing is rescheduled to Wednesday, August 20, 2008, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

July 17, 2008.                BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge